UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JAMES NUTT,

    Defendant.

Case: 1:20-cr-20122
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-26-2020 At 02:07 PM
SEALED MATTER (krc)

## INDICTMENT

THE GRAND JURY CHARGES:

**(18 U.S.C. § 1163)**
**(Theft from an Indian Tribal Organization)**

That in or around September and October of 2019, in the Eastern District of Michigan, Northern Division, **Timothy James Nutt**, did steal, embezzle, and convert to his own use monies or credits with a value over $1,000.00, that is, PBTs and gambling credits belonging to the Saginaw Chippewa Indian Tribe, an Indian Tribal Organization, in violation of 18 U.S.C. § 1163.

Dated: February 26, 2020

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

1

MATTHEW SCHNEIDER
United States Attorney

s/Roy R. Kranz
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:20-cr-20122
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-26-2020 At 02:07 PM
SEALED MATTER (krc)

**Case Title:** USA v. Timothy James Nutt

**County where offense occurred:** Isabella County

**Check One:** _X_ Felony    __ Misdemeanor    Petty

__X__ Indictment/____Information --- **no** prior complaint.
_____ Indictment/____Information --- based upon prior complaint []
_____ Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: February 26, 2020

Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.